**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7528

ELWALDO R. JAMES, a/k/a Calvin B. Smith,

Petitioner - Appellant,

versus

JON OZMINT, Director SC Department of
Corrections; HENRY MCMASTER, Attorney General
of SC; WARDEN, LIEBER CORRECTIONAL INSTITUTE,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, District Judge.
(4:05-cv-01294-TLW)

Submitted:  March 5, 2007          Decided:  April 5, 2007

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Elwaldo R. James, Appellant Pro Se.  Roy F. Laney, Nikole Deanna
Haltiwanger, Thomas Lowndes Pope, RILEY, POPE & LANEY, LLC,
Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elwaldo R. James seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2000) petition. James challenges the calculation of his sentence, but he has been released from custody and does not allege that collateral consequences warrant relief. Accordingly, we deny a certificate of appealability and dismiss the appeal as moot. See Lane v. Williams, 455 U.S. 624, 631 (1982); Vandenberg v. Rodgers, 801 F.2d 277, 278 (10th Cir. 1986). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED